# Court of Appeals
# of the State of Georgia

ATLANTA,___April 26, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1041.  F.K. BROWN et al. v. FEDERAL HOME LOAN MORTGAGE CORPORATION.

Plaintiff F.K. Brown appeals the superior court's order granting the defendant's motion to dismiss Brown's complaint in equity to set aside a dispossessory judgment entered in magistrate court.  We lack jurisdiction.

Appeals from trial court orders "under subsection (e) of Code Section 9-11-60 denying relief upon a complaint in equity to set aside a judgment" must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (8); *Stone v. Dawkins*, 192 Ga. App. 126, 126-127 (384 SE2d 225) (1989).  Brown's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal. See *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991) ("[C]ompliance with the discretionary appeals procedure is jurisdictional.").  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.[1]

---

[1] To the extent that Brown's "complaint in equity" in fact sought appellate review by the superior court of a magistrate court decision, an application for discretionary review likewise was required to initiate an appeal in this Court.  See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* _____04/26/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*